**CITY OF KANSAS CITY, Missouri,
Respondent,**

v.

**Tranita STANLEY, Appellant.**

**No. WD 59444.**

Missouri Court of Appeals,
Western District.

June 11, 2002.

Megan F. Pfanestiel, Sandra Hessenflow, Kansas City, for appellant.

Melody L. Cockrell, Michael Dailey, Assistant City Prosecutors, Kansas City, for respondent.

Before LOWENSTEIN, P.J.,
HOWARD and HOLLIGER, JJ.

### ORDER

PER CURIAM.

The appellant, Tranita N. Stanley, was found guilty after bench trial under Kansas City Municipal Ordinance § 50–561 of unlawful use of a weapon in a trial *de novo* in Jackson County, Missouri. The appellant argues that the trial court erred: 1) in denying her request for a continuance to allow adequate trial preparation and thus denying her competent legal counsel, and 2) in denying her a fair and impartial hearing because the trial court was hostile and impatient with her counsel. The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Gary S. LEWIS, Appellant.**

**No. WD 60394.**

Missouri Court of Appeals,
Western District.

June 11, 2002.

Gary S. Lewis, Pro Se, Mineral Point, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Susan L. Brown, Asst. Attorney General, Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, HAROLD L. LOWENSTEIN, Judge, and ROBERT G. ULRICH, Judge.

### ORDER

Gary S. Lewis appeals the circuit court's dismissal of his motion, entitled "Writ of Error—Writ of Error Coram Nobis," seeking to vacate his convictions for robbery in the first degree and kidnapping. We affirm. Rule 84.16(b).